# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OMAR MOHAMMED,<br><br>    Petitioner,<br><br>    v.<br><br>TERESER A. BANKS,<br><br>    Respondent. | No. CV 10-8499-VAP (AGR)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: October 28, 2011

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE